**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ULYSSES W. MCKINNEY, III,** | § § | |
| Plaintiff, | § § | |
| v. | § | No. 3:12-cv-1376-N (BF) |
| **VERIZON COMMUNICATIONS, INC.,** | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 30, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. The Court treats Plaintiff's First Motion to Appeal Summary Judgment [doc. 46] and First Motion for Reconsideration [doc. 47] as objections to the Findings, Conclusions, and Recommendation, has undertaken de novo review of the matters to which objection was made, and now overrules those objections.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 19th day of September, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE