**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ULYSSES W. MCKINNEY, III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:12-cv-1376-N (BF)** |
| | § | |
| **VERIZON COMMUNICATIONS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 10, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  Plaintiff is **ORDERED** to pay $5,651.00 to Defendant for attorney's fees and costs incurred in bringing its Motion to Compel Plaintiff's Production of Documents and Request for Expedited Consideration.

**SIGNED December 2, 2013.**

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE